UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:15-CR-378-1H

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ] | |
| | ] | |
| v. | ] | ORDER TO EXTEND TIME FOR |
| | ] | FILING PRETRIAL MOTIONS AND |
| ERIC LAMONT WADE | ] | TO CONTINUE ARRAIGNMENT |
| | ] | AND TRIAL |

THIS MATTER HAVING COME BEFORE THE COURT by Defendant Eric Lamont Wade's unopposed motion to extend the deadline for filing of pretrial motions and motion to continue the arraignment and trial, and for good cause shown, it is hereby ORDERED that the motion is GRANTED. The deadline for the filing of pretrial motions is hereby extended to October 7, 2016. Any responses shall be filed by October 21, 2016. Defendant's arraignment is continued to the November 8, 2016, term of court in Greenville.

This Court finds that the ends of justice served by the granting of this continuance outweigh the best interests of the public and the Defendant in a speedy trial. The period of delay necessitated by this continuance is excluded from the Speedy Trial Act computation pursuant to 18 U.S.C. § 3161 (h) (7) (A).

SO ORDERED, this 13th day of September 2016.

_____
KIMBERLY A. SWANK
UNITED STATES MAGISTRATE JUDGE