UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:15-CR-378-H1

| UNITED STATES OF AMERICA | ] | |
|---|---|---|
| | ] | |
| v. | ] | **ORDER TO FILE UNDER SEAL** |
| | ] | |
| ERIC LAMONT WADE | ] | |

UPON Motion of Defendant and for good cause shown, Defendant's Motion to File Under Seal a Sentencing Memorandum, is granted, and it is hereby ordered that the Sentencing Memorandum shall be filed under seal pursuant to local rules of this Court.

SO ORDERED, this 8th day of January 2018.

_____
HONORABLE MALCOLM J. HOWARD
UNITED STATES DISTRICT COURT JUDGE